1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | KATHY C. BA, )
 ) No. C 08-2469 PVT
13 | Plaintiff, )
 )
14 | v. )
 ) **STIPULATION TO DISMISS AND**
15 | CHRISTINA POULOS, in her Official Capacity, ) [PROPOSED] **ORDER**
Director, California Service Center, U.S. )
16 | Citizenship and Immigration Services; )
JONATHAN SCHARFEN, Acting Director, )
17 | Bureau of Citizenship and Immigration Services, )
U.S. Dept. of Homeland Security; )
18 | MICHAEL CHERTOFF, U.S. Secretary of )
Homeland Security; )
19 | MICHAEL MUKASEY, U.S. Attorney General; )
ROBERT S. MUELLER, III, Director of the )
20 | Federal Bureau of Investigation, )
 )
21 | Defendants. )
 )
22

23    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

24 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

25 conduct any and all further proceedings in the case, including trial, and order the entry of a final

26 judgment.

27    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney

28
Stip to Dismiss
C 08-2469 PVT

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's I-130 case.

Each of the parties shall bear their own costs and fees.

Date: July 15, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: July 14, 2008

_____/s/_____
PHUONG KIM NGUYEN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  7/16/08

*Patricia V. Trumbull* (signature)
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Dismiss
C 08-2469 PVT